**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | ) CHAPTER 7 CASE |
| | ) |
| HUGHES, DAVID A. | ) CASE NO.  07-06670 |
| | ) |
| | ) HONORABLE MANUEL BARBOSA |
| Debtor. | ) |

**PROPOSED DISTRIBUTION REPORT**

I, <u>ROY SAFANDA</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---|
| Chapter 7 Administrative Expenses: | <u>$  2,800.00</u> |
| Chapter 11 Administrative Expenses: | <u>$    -0-</u> |
| Priority Claims (507(a)(3)-(a)(6): | <u>$    -0-</u> |
| Secured Tax Liens: | <u>$    -0-</u> |
| Priority Tax Claims: | <u>$    -0-</u> |
| General Unsecured Claims: | <u>$  2,879.06</u> |
| Other: _____ | <u>$    -0-</u> |
| _____ | <u>$    -0-</u> |
| _____ | <u>$    -0-</u> |

<u>TOTAL AMOUNT TO BE DISTRIBUTED:</u>    <u>$ 5,679.06</u>

**EXHIBIT D**

DISTRIBUTION REPORT                    PAGE 2 OF 8

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND (%) |
|---|---|---|
| Sec. 726(a) & (B) and 507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $ 2,800.00 | 100% |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
|  | Trustee's compensation | $ 2,800.00 | $ 2,800.00 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND (%) |
|---|---|---|
| Sec. 726(a) & (B) and 507(a)(1) (Debtor-in-possession (DIP) administrative expenses | $   -0- |  |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

DISTRIBUTION REPORT  - (CONT'D)        PAGE 3 of 8

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND (%) |
|---|---|---|
| Sec. 507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to Section 502(f) | $ -0- | |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND (%) |
|---|---|---|
| Sec. 507(a)(3) - Wages, salaries or commissions limited to $4,000.00 | $ -0- | |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND (%) |
|---|---|---|
| Sec. 507(a)(4) - Contributions to Employee Benefit Plans | $ -0- | |

DISTRIBUTION REPORT - CONT'D             PAGE 4 OF 8

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND (%) |
|---|---|---|
| Sec. 507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,000 | $ -0- | |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND (%) |
|---|---|---|
| Sec. 507(a)(6) - Deposits by consumers to the extent of $1,800 | $ -0- | |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

<u>DISTRIBUTION REPORT</u> - CONT'D        PAGE 5 OF 8

| **8. TYPE OF CLAIMS** | **AMOUNT OF CLAIMS** | **DIVIDEND (%)** |
|---|---|---|
| Sec. 507(A)(7) - Alimony, Maintenance and Support | $   -0- | |

| **CLAIM NO.** | **CREDITOR** | **AMOUNT OF ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |
|---|---|---|---|
| | | | |

| **9. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND (%)** |
|---|---|---|
| Sec. 724(b) Tax Liens | $   -0- | |

| **CLAIM NO.** | **CREDITOR** | **AMOUNT OF ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |
|---|---|---|---|
| | | | |

| **10. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND (%)** |
|---|---|---|
| Sec. 507(a)(8) - Tax claims excluding fines and penalties | -0- | 0% |

| **CLAIM NO.** | **CREDITOR** | **AMOUNT OF ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |
|---|---|---|---|
| | | | |

DISTRIBUTION REPORT - CONT'D                PAGE 6 OF 8

| 11. TYPE OF CLAIMS | AMOUNT OF CLAIMS | DIVIDEND (%) |
|---|---|---|
| Sec. 507(a)(9) - Capital commitments to Federal Depository Institutions | $   -0- | |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND (%) |
|---|---|---|
| Sec. 726(a)(2) - General claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $ 6,306.63 | 46% |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 2-1 | Household | $6,306.63 | $2,879.06 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND (%) |
|---|---|---|
| Sec. 726(a)(3) - Late unsecured claims. | $   -0- | |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

DISTRIBUTION REPORT - CONT'D                PAGE 7 OF 8

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND (%) |
|---|---|---|
| Sec. 726(a)(4) - Fines/Penalties | $ -0- | |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND (%) |
|---|---|---|
| Sec. 726(a)(5) - Interest | $ -0- | |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND (%) |
|---|---|---|
| Sec. 726(a)(6) - Surplus To Debtor | $ -0- | |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

DISTRIBUTION REPORT - CONT'D.          PAGE 8 OF 8

     The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NO. | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Secured | 1-1 | Citi-Financial | $39,465.60 | Disallowed |

     **WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____          _____
                                                      Trustee