**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION**
**219 SOUTH DEARBORN ST. CHICAGO, IL 60604**

| | |
|---|---|
| IN RE: | ) CHAPTER 7 CASE |
| | ) |
| HUGHES, DAVID A. | ) CASE NO.  07-06670 |
| | ) |
| | ) HONORABLE MANUEL BARBOSA |
| Debtor. | ) |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING**
**ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE**
**ABANDONMENT OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held:

    At: Kane County Courthouse, 100 S. 3rd St., Courtroom 140, Geneva, IL  60134

    On: **April 24, 2008**      Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $     146,000.00 |
    | Disbursements | $     140,320.94 |
    | Net Cash Available for Distribution | $         5,679.06 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Trustee, Roy Safanda | $ -0- | $2,800.00 | WAIVED |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
|  | $ | $ | $ |

NONE

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling the amount of $ -0- , must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be -0- %.

Allowed priority claims are: NONE

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |

7. Claims of general unsecured creditors totaling $ 6,306.63 have been allowed and will be *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 46 %.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

Page 2

| | | | |
|---|---|---|---|
| 2-1 | Household | $6,306.63 | $2,879.06 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the court's we site, www.ilnb.uscourts.gov.  If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing:

    Household goods scheduled @ $2,500.00.

Dated: **March 13, 2008**                For the Court,

                                         By:   **KENNETH S. GARDNER**
                                               Kenneth S. Gardner
                                               Clerk of the U.S. Bankruptcy Court
                                               219 S. Dearborn Street, 7th Floor
                                               Chicago, IL  60604

Roy Safanda
Safanda Law Firm
111 East Side Drive
Geneva, IL  60134-2402
(630) 262-1761

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1              User: amcc7             Page 1 of 1               Date Rcvd: Mar 13, 2008
Case: 07-06670                    Form ID: pdf002         Total Served: 18
```

The following entities were served by first class mail on Mar 15, 2008.
```
db         +David A Hughes,    342 Union Avenue,    Batavia, IL 60510-2555
aty        +Arthur W Rummler,   Grochocinski, Grochoinski & Lloyd Ltd,    1900 Ravinia Place,
             Orland Park, IL 60462-3760
aty        +Carl F Safanda,    Safanda Law Firm,    111 East Side Drive,    Geneva, IL 60134-2402
tr         +Roy Safanda,    Safanda Law Firm,    111 East Side Drive,    Geneva, IL 60134-2402
11301272   +Bank of America,    P.O. Box 15726,    Wilmington, DE 19886-5726
11301273   +Citi Card,    P.O. Box 688910,    Des Moines, IA 50368-8910
11301274   +CitiFinancial,    939 Oak Street,    North Aurora, IL 60542-1579
11520966    CitiFinancial, Inc.,    P.O. Box 70919,    Charlotte, NC 28272-0919
11301275   +Citifinancial Services, Inc.,    c/o Richard A. Snow,    123 W. Madison Street, Suite 310,
             Chicago, IL 60602-4847
11301276   +Courtyards of Orchard Valley,    P.O. Box 661126,    Chicago, IL 60666-1126
11301277   +Delnor Community Hospital,    Payment Processing,    P.O. Box 88055,    Chicago, IL 60680-1055
11301278   +Gastroenterology Group Practice,    302 Randall Road,    #303,    Geneva, IL 60134-4209
11301279    HFC,    618 S. Route 59,    Naperville, IL 60540
11301281    HSBC Mortgage Services,    P.O. Box 9068,    Brandon, FL 33509-9068
11301280   +Home Care Personal Services,    1809 North Mill Street,    Suite E,    Naperville, IL 60563-4871
11531464    Household Finance Corporation,    by eCAST Settlement Corporation,    as its agent,    POB 35480,
             Newark NJ 07193-5480
11301282   +Pathology Consultants, SC,    P.O. Box 1048,    Dept 1000,    Saint Charles, IL 60174-7048
11301283   +Sears Gold Mastercard,    P.O. Box 182156,    Columbus, OH 43218-2156
```

The following entities were served by electronic transmission.
NONE.                                                                                               TOTAL: 0

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*       +Roy Safanda,    Safanda Law Firm,    111 East Side Drive,    Geneva, IL 60134-2402
                                                                                         TOTALS: 0, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Mar 15, 2008**                     **Signature:** *Joseph Speetjens*