# FORM 2 - Page 1
## CASH RECEIPTS AND DISBURSEMENTS RECORDS

Case No. 07-06670

Case Name: Hughes

Taxpayer ID#: 36-

For Period Ending: 12/31/07

Trustee Name: Roy Safanda

Bank Name: Old Second National Bank

Checking Acct #: 11101001367

Blanket bond (per case limit): $5,000,000.00

Separate bond (if applicable): _____

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction | Check or | Paid to/ | | Uniform | Deposit | Disbursement | Checking Account |
| | Ref. # | Received From | Description of Transaction | Trans. Code | $ | $ | Balance |
| 08/27/07 | 1 | Ickes/CT | Sale of RE | 1210-00X | 146,000.00 | | 146,000.00 |
| 08/27/07 | " | " | Sales Commission | 3510-00X | | 8,760.00 | 137,240.00 |
| 08/27/07 | " | Kane Co. | 2006 RE Tax | 4700-00X | | 1,701.38 | 135,538.62 |
| 08/27/07 | " | " | 2007 RE Tax | 4700-00X | | 2,211.69 | 133,326.93 |
| 08/27/07 | " | HSBC | Pay Mtg | 4110-00X | | 70,318.37 | 63,008.56 |
| 08/27/07 | " | CITI | Pay Mtg | 4110-00X | | 39,936.05 | 23,072.51 |
| 08/27/07 | " | HOA | Pay dues | 4110-00X | | 852.65 | 22,219.86 |
| 08/27/07 | " | CT | title & Misc. | 2500-00X | | 1,540.80 | 20,679.06 |
| 10/04/07 | " | Debtor | Homestead Ex. | 8100-002 | | 15,000.00 | 5,679.06 |
| 04/30/08 | " | Household Finance | Dividend | 7100-00X | | 2,879.06 | 2,800.00 |
| 04/30/08 | " | Roy Safanda | Trustee Compensation | 2100-00X | | 2,800.00 | 0.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

COLUMN TOTALS $146,000.00 $146,000.00 $0.00

Less: Bank transfers/CDs  _____

Subtotal

Less: Payments to debtors  _____

Net